AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
SOUTHERN  for the  INDIANA

**FILED**
01/14/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

DERRICK SCOTT GRIFFIN, JR.
*Petitioner*

v.

Case No. 2:25-cv-24-MPB-MKK
*(Supplied by Clerk of Court)*

J. WADAS, FCI TERRE HAUTE WARDEN
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: DERRICK SCOTT GRIFFIN, JR.
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FCI TERRE HAUTE
   (b) Address: 4200 W. BUREAU RD.,

   (c) Your identification number: 21668-040
3. Are you currently being held on orders by:
   ☒ Federal authorities     ☐ State authorities     ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: U.S. WESTERN DISTRICT OF MICHIGAN
      (b) Docket number of criminal case: 1:17-CR-100-01
      (c) Date of sentencing: 05-29-2018
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: FEDERAL BUREAU OF PRISONS/4200 W. BUREAU RD. TERRE HAUTE, INDIANA 47802

   (b) Docket number, case number, or opinion number: BP-8 ADMIN REMEDY

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): BP-8 ADMINISTRATIVE REMEDY

   (d) Date of the decision or action: 12/23/2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes     ☒ No

   (a) If "Yes," provide: N/A

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: FUTILE/THE FBOP HAS CONSISTENTLY DENIED THIS CLAIM BASED UPON THE INTERPRETATION OF THE LAW.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court? N/A

☐ Yes          ☐ No

(a) If "Yes," provide:   N/A

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:   FUTILE

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court? N/A

☐ Yes          ☐ No

(a) If "Yes," provide: N/A

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:  N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide: N/A
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?   N/A

☐ Yes        ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 
(b) Date of the removal or reinstatement order: 
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Date of filing: 
(2) Case number: 
(3) Result: 
(4) Date of result: 
(5) Issues raised: 

(d) Did you appeal the decision to the United States Court of Appeals?   N/A

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: 
(2) Date of filing: 
(3) Case number:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground One in all appeals that were available to you?   N/A
☐ Yes            XXXNo

**GROUND ONE** ~~TWO~~   WHETHER THE PETITIONER IS ELIGIBLE FOR HIS FIRST STEP ACT CREDITS WHEN HE HAS COMPLETED HIS TERM OF IMPRISONMENT FOR HIS & 924(c) OFFENSE AND IS NOW SERVING HIS TERM OF IMPRISONMENT FOR HIS QUALIFYING OFFENSE UNDER 21 U.S.C. & 846?

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The petitioner contends that he should be deemed eligible for first step act credit when he has completed his term of imprisonment for the 'non-qualifying' & 924(c) offense, and is now serving his term of imprisonment for his 'qualifying offense' under 21 U.S.C. & 846 which is not listed under & 3632(d)(4)(D)(ixv) as a 'disqualifying offense.'

(b) Did you present Ground ~~ONE~~ Two in all appeals that were available to you?   N/A
☐ Yes            XX No

**GROUND THREE:**   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:            NONE

### Request for Relief

15. State exactly what you want the court to do: ORDER THE F.B.O.P. TO APPLY F.S.A. CREDIT TO THE TERM OF IMPRISONMENT FOR WHICH THE PETITIONER IS SERVING UNDER § 846.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
12/30/2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/30/2024                              *Derrick Scott*
                                              Signature of Petitioner

                                              PRO SE'
                                              Signature of Attorney or other authorized person, if any

DERRICK SCOTT
#21668-040
F.C.I. TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IND. 47802

FILED
JAN 14 2025
U.S. CLERK'S OFFICE

OFFICE OF THE CLERK
U.S. DISTRICT COURT FOR
SOUTHERN INDIANA
921 OHIO ST.
TERRE HAUTE, IND. 47807



